**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **ANTHONY P. MARIANO,** | : |
| | : |
| **Plaintiff** | CIVIL ACTION NO. 3:13-0097 |
| | : |
| v. | : |
| | : (JUDGE MANNION) |
| **BOROUGH OF DICKSON CITY,** | |
| **ANTHONY ZALESKI,** *et al.* | : |
| **Defendants** | : |

# O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

**(1)** defendants' motion for summary judgment, (Doc. 32), is **GRANTED IN PART** and **DENIED IN PART**. The motion for summary judgment is **GRANTED** as to plaintiff's claims for injury to his reputation under the 14th Amendment Due Process Clause and for false light against Chief William Bilinski III. The motion is **DENIED** as to the claim for violation of the 14th Amendment Due Process Clause in terminating plaintiff against all defendants;

**(2)** There will be a final pretrial conference in the case on **September 23, 2014 at 2:30 pm**, in Courtroom #3, William J. Nealon Federal Building and United States Courthouse, 235 North Washington Avenue, Scranton, PA; and

**(3)** The **jury trial** will begin with jury selection on **October 20, 2014 at 9:30 am** in the same location as noted above.

                                              s/ *Malachy E. Mannion*
                                              **MALACHY E. MANNION**
                                              **United States District Judge**

**Date: August 22, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0097-02-order.wpd