### UNITED STATES DISTRICT COURT
### MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANTHONY P. MARIANO,** | : |
| | : |
| Plaintiff | CIVIL ACTION NO. 3:13-0097 |
| | : |
| v. | |
| | :          (JUDGE MANNION) |
| **BOROUGH OF DICKSON CITY,** | |
| **ANTHONY ZALESKI**, *et al.*, | : |
| Defendants | : |

## O R D E R

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT** defendants' motion for reconsideration, (Doc. 44), is **GRANTED**. Plaintiff's claim for violation of procedural due process is **DISMISSED**. The trial scheduled to begin on December 15, 2014 is **CANCELLED**. The Clerk is directed to close the case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Date: November 6, 2014**

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2013 MEMORANDA\13-0097-03-order.wpd